```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 13290
   KIMBERLY A HARTLEY
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-4198


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/23/08 .

   2.  The case was dismissed without confirmation, 09/12/2008.

   3.  The Debtor paid a total of $   1350.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | SECURED | .00 | .00 | .00 |
| AES/PHEAA | UNSECURED | NOT FILED | .00 | .00 |
| AES/PHEAA | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| AES/PHEAA | UNSECURED | NOT FILED | .00 | .00 |
| SUNTECH | UNSECURED | NOT FILED | .00 | .00 |
| SUNTECH | UNSECURED | NOT FILED | .00 | .00 |
| SUNTECH | UNSECURED | NOT FILED | .00 | .00 |
| SUNTECH | UNSECURED | NOT FILED | .00 | .00 |
| SUNTECH | UNSECURED | NOT FILED | .00 | .00 |
| SUNTECH | UNSECURED | NOT FILED | .00 | .00 |
| SUNTECH | UNSECURED | NOT FILED | .00 | .00 |
| SUNTECH | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIRST USA BANK | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| LOWES | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |

```
           Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |

```
PRINCIPAL PAID                        .00         .00         .00         .00         .00
INTEREST PAID                         .00         .00         .00         .00         .00
TOTAL PAID                            .00         .00         .00         .00         .00
```
The Debtor's attorney, ROBERT J SEMRAD & ASSOC      , was allowed $   3500.00 and was paid $   1686.00  direct and $   1130.40  through the plan.

The Trustee received $     69.60 .

Refunds to the Debtor totaled $    150.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 12/17/08                      /S/
                                             GLENN STEARNS
                                             CHAPTER 13 TRUSTEE